1  FRED A. FENSTER (State Bar No. 50489)
   *ffenster@rutterhobbs.com*
2  STEVEN E. FORMAKER (State Bar No. 93906)
   *sformaker@rutterhobbs.com*
3  RUTTER HOBBS & DAVIDOFF
      INCORPORATED
4  1901 Avenue of the Stars, Suite 1700
   Los Angeles, California 90067
5  Telephone: (310) 286-1700
   Facsimile:  (310) 286-1728
6
7  Attorneys for Plaintiff
   CALTEX PLASTICS, INC.

8                UNITED STATES DISTRICT COURT
9                CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| CALTEX PLASTICS, INC., a California Corporation, | Case No.: SACV10-01462 CJC (RZx) |
| Plaintiff, | COMPLAINT FOR: |
| v. | 1. PRICE DISCRIMINATION IN VIOLATION OF THE ROBINSON-PATMAN ACT; |
| BERRY PLASTICS CORPORATION, a Delaware Corporation, | 2. UNFAIR COMPETITION; AND |
| Defendant. | 3. LOCALITY DISCRIMINATION |
| | DEMAND FOR JURY TRIAL |

   Plaintiff Caltex Plastics, Inc. alleges:

                    JURISDICTION

   1.    This is an action for unlawful price discrimination in interstate commerce in violation of Section 2 of the Clayton Act, as amended by the Robinson-Patman Price Discrimination Act [15 U.S.C. § 13], unfair competition and locality discrimination proscribed by California law.  This Court has subject matter jurisdiction over the Robinson-Patman Act claim pursuant to 28 U.S.C. § 1331.  The state law of unfair competition and locality discrimination claims arise out of substantially the same facts as the Robinson-Patman Act claim, and this Court can appropriately exercise pendant jurisdiction to adjudicate those

claims. Additionally, this action is between citizens of different states and involves an amount in controversy in excess of $75,000; by reason of the foregoing this Court also has jurisdiction over the state law claims pursuant to 28 U.S.C. § 1332.

## VENUE

2.   Venue is proper in this district, in that Defendant Berry Plastics Corporation is a corporation that maintains a manufacturing facility within this judicial district and makes substantial sales within the district.

## PARTIES

3.   Plaintiff Caltex Plastics, Inc. ("Caltex") is, and was at all times mentioned herein, a corporation in good standing organized and existing under the laws of the State of California and it maintains its principal place of business in Vernon, California.

4.   Caltex is informed and believes, and based thereon alleges, that Defendant Berry Plastics Corporation is, and was at all times mentioned herein, a corporation organized under the laws of the State of Delaware and maintains its principal place of business within the State of Indiana.

## FIRST CLAIM FOR RELIEF

### (Price Discrimination in Violation of the Robinson-Patman Act)

5.   Caltex incorporates by reference as though fully set forth hereat each and every allegation of paragraphs 1 through 4 of this Complaint.

6.   Caltex is a manufacturer of industrial and commercial packaging. It converts laminated multi-layer barrier products into custom pouches, tubing, sheets, and sheeting for the electronics, military, food, pharmaceutical, and packaging industries. It sells its products in California and many other states within the United States.

7.   Defendant Berry Plastics Corporation manufactures plastic sheeting, films and coatings that Caltex uses to manufacture its products.

Certain of the plastic sheeting, films and coatings that Caltex uses are manufactured to exacting military specifications, and are available only from Defendant Berry Plastics Corporation. Caltex has been purchasing plastic sheeting, films and coatings from Berry Plastics since 2008, and prior to that time purchased such materials from corporations that have been merged into and become a part of Berry Plastics Corporation.

8. Caltex has purchased plastic sheeting, films and coatings manufactured to meet United States military specifications from Defendant Berry Plastics Corporation on dozens of separate occasions. The sheeting so purchased was shipped from Defendant Berry Plastics Corporation's facilities in Homer, Louisiana and Coumbus, Georgia to Caltex's plant in Vernon, California. Defendant Berry supplies such products to Caltex pursuant to a written price list setting forth the charges for its products.

9. Caltex competes with Edco Supply Company of Brooklyn, New York to furnish military specification products to the United States military for use or consumption within the United States. Caltex purchases plastic sheeting, films and coatings to be used as raw materials for such military specification products from Berry Plastics Corporation. Caltex is informed and believes, and based thereon alleges, that Edco Supply Company likewise purchases plastic sheeting, films and coatings to be used as raw materials for the identical military specification products from Berry Plastics Corporation.

10. Since at least 2007, Berry Plastics Corporation has charged Edco Supply Company prices for its plastic sheeting, films and coatings that are substantially less than the prices contemporaneously charged to Caltex for the identical products. Such price differentials exceed any amounts which might be justified by different quantities in which such commodities are sold to Caltex and Edco Supply Company or different methods of delivery to the two companies.

11. Caltex is informed and believes that on multiple occasions, Edco Supply Company has purchased products from Defendant Berry Plastics Corporation that were shipped across state lines. Such purchases were roughly contemporaneous with the purchases of products of like grade and quality by Caltex. Defendant Berry Plastics Corporation charged Caltex more for those products than it charged Edco Supply Company.

12. Set forth below are examples of Defendant's products contemporaneously purchased by both Caltex and Edco Supply Company, with the percentage by which the unit price charged to Caltex exceeded the price that it charged to Edco Supply Company:

| Product | Price Differential |
| --- | --- |
| PK 1 | 25.67% |
| PK 18 | 33.35% |
| PK 22-C | 31.10% |
| FR 2175 | 36.94% |
| FR 2194 | 11.93% |
| Marvelseal 1311B | 24.60% |

13. By reason of Defendant Berry Plastics Corporation's discriminatory pricing, Edco Supply Company has been enabled to significantly undercut the prices that Caltex and other suppliers can profitably offer for products made from plastic sheeting, films and coatings that satisfy military specifications. As a consequence, Edco Supply Company has captured more than seventy percent (70%) of United States military market. Defendant Berry Plastics Corporation's price discrimination thereby adversely affects competition for such products to the advantage of Edco Supply Company.

14. The price discrimination by Defendant Berry Plastics Corporation as alleged above is violative of the Robinson-Patman Price Discrimination Act [15 U.S.C. § 13(a)].

15. Defendant Berry Plastics Corporation's unlawful price discrimination has caused Caltex to be priced out of profitable business with the United States military both inside California and in other states within the United States. Caltex has thereby suffered economic injury in an amount in excess of $75,000.

## SECOND CLAIM FOR RELIEF
## (Unfair Competition)

16. Caltex incorporates by reference as though fully set forth hereat each and every allegation of Paragraphs 1 through 15 of this Complaint.

17. Defendant Berry Plastics Corporation's price discrimination against Caltex constitutes an unlawful and unfair business practice proscribed by California Business and Professions Code Section 17200, *et seq*. Caltex has suffered injury in fact and has lost money as a result of such unfair competition.

18. Injunctive relief is necessary to prevent the continued use or employment by Defendant Berry Plastics Corporation of the business practice of engaging in unlawful price discrimination against Caltex.

## THIRD CLAIM FOR RELIEF
## (Locality Discrimination)

19. Caltex incorporates by reference as though fully set forth hereat each and every allegation of Paragraphs 1 through 15 of this Complaint.

20. Defendant Berry Plastics Corporation is engaged in the production, manufacture, distribution and sale of films, coatings and plastic sheeting products of general use or consumption among contractors selling finished products to the United States military. With an intent to destroy the competition of regularly established dealers in such articles or products, Defendant Berry Plastics Corp. has engaged in locality discrimination, whereby

///

the prices offered to dealers in Brooklyn, New York is significantly less than the price offered to dealers in Southern California, including Caltex.

21. Defendant Berry Plastics Corporation's locality discrimination violates the California Unfair Practices Act [California Business and Professions Code Section 17000, *et seq.*].

22. Caltex has suffered damages in an amount in excess of $75,000 as a result of the unlawful locality discrimination engaged in by Defendant Berry Plastics Corporation.

WHEREFORE, Plaintiff Caltex Plastics, Inc. prays for judgment as follows:

### ON THE FIRST CLAIM FOR RELIEF

A. For damages according to proof;

B. That all such damages be trebled;

C. For an injunction prohibiting Defendant Berry Plastics Corporation from engaging in further price discrimination against Caltex;

### ON THE SECOND CLAIM FOR RELIEF

D. For an injunction preventing the use or employment of any practice of unlawful price discrimination against Caltex;

E. For an order requiring Defendant Berry Plastics Corporation to restore to Caltex all money it has received by means of its unlawful price discrimination against Caltex;

### ON THE THIRD CLAIM FOR RELIEF

F. For an order enjoining and restraining Defendant Berry Plastics Corporation from engaging in unlawful locality discrimination;

G. For damages according to proof;

### ON ALL CLAIMS FOR RELIEF

H. For costs of suit incurred in this action; and

///


8236.001   696696.1

1  I. For such other and further relief as the Court may deem just and
2  proper.

4  DATED: September 24, 2010

Fred A. Fenster
Steven E. Formaker
Members of RUTTER HOBBS &
  DAVIDOFF INCORPORATED

By: _____
Steven E. Formaker
Attorneys for Plaintiff CALTEX
PLASTICS, INC.

RUTTER
HOBBS
DAVIDOFF
INCORPORATED
LAWYERS

8236.001  696696.1

7
COMPLAINT

## DEMAND FOR JURY TRIAL

Plaintiff Caltex Plastics, Inc. hereby demands a trial by jury of all issues that may properly be submitted to a jury.

DATED: September 24, 2010

Fred A. Fenster
Steven E. Formaker
Members of RUTTER HOBBS &
 DAVIDOFF INCORPORATED

By: _____
Steven E. Formaker
Attorneys for Plaintiff CALTEX PLASTICS, INC.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| CALTEX PLASCITS, INC., a California Corporation | BERRY PLASTICS CORPORATION, a Delaware corporation |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| RUTTER HOBBS & DAVIDOFF INCORPORATED<br>1901 Avenue of the Stars, Suite 1700, Los Angeles, California 90067<br>(310) 286-1700 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☑ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☑ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **REAL PROPERTY** | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | | ☐ 220 Foreclosure | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | | ☐ 230 Rent Lease & Ejectment | **IMMIGRATION** | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | | **FEDERAL TAX SUITS** |
| | | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | ☐ 871 IRS-Third Party 26 USC 7609 |

**SACV10-01462**

FOR OFFICE USE ONLY:   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Defendant has a facility in Orange County | Defendant is incorporated in Delaware and has its principal place of business in Indiana. |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date September 28, 2010

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Cormac J. Carney and the assigned discovery Magistrate Judge is Ralph Zarefsky.

The case number on all documents filed with the Court should read as follows:

**SACV10- 1462 CJC (RZx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [X] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| CALTEX PLASTICS, INC., a California Corporation<br><br>PLAINTIFF(S)<br>v.<br>BERRY PLASTICS CORPORATION, a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SACV10-01462 CJC (RZx)<br><br>SUMMONS |
|---|---|

TO: DEFENDANT(S): Berry Plastics Corporation

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached [X] complaint [ ] _____ amended complaint [ ] counterclaim [ ] cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Steven E. Formaker, Esq. , whose address is 1901 Avenue of the Stars, Suite 1700, Los Angeles, CA 90067 . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: SEP 28 2010

By: CHRISTOPHER POWERS
Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].