# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CV10-01462 JAK (RZx) | Date | June 15, 2012 |
| Title | Caltex Plastics, Inc. v. Berry Plastics Corporation | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL

On June 14, 2012, Plaintiff filed "Report of Settlement" (Dkt. 46). The Court sets an Order to Show Cause re Dismissal for July 23, 2012 at 1:30 p.m. If the parties file a dismissal by July 20, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The September 3, 2012 Final Pretrial Conference, September 14, 2012 Exhibit Conference, and September 18, 2012 Jury Trial are vacated.

**IT IS SO ORDERED.**

 : 
Initials of Preparer   ak